UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

JOHN T. PICKERING-GEORGE,                :

                      Plaintiff,        :

                                  :

        -against-              :

                                  :        26-CV-1367 (VEC)

                                  :

COMMISSIONER OF SOCIAL SECURITY,   :        ORDER

                                  :

                                  :

                      Defendant.   :

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2026

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 17, 2026, Plaintiff filed a Complaint against Defendant, the Commissioner of Social Security, in the Southern District of New York, Dkt. 1;

WHEREAS an action seeking review of final decision of the Commissioner of Social Security "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business, or, if he does not reside or have his principal place of business within any such judicial district, in the United States District Court for the District of Columbia," 42 U.S.C. § 405(g);

WHEREAS Plaintiff alleges that he is a resident of and has his principal place of business in Rego Park, Queens County, New York, Complaint ¶ 2, which is in the Eastern District of New York;

WHEREAS on March 26, 2025, Plaintiff was ordered to show cause why venue is proper in the Southern District of New York, or alternatively, why the case should not be transferred to the Eastern District of New York, Dkt. 19;

WHEREAS nothing in the Plaintiff's April 9, 2026, submission — or on the face of the Complaint at Dkt. 1 — indicates that venue is proper in the Southern District of New York or that this case should not be transferred to the Eastern District of New York, Dkt. 20; and

WHEREAS Plaintiff consents, "if this case was improperly filed in another district," to its transfer to the Eastern District of New York, Dkt. 20 at 10.

IT IS HEREBY ORDERED that pursuant to 42 U.S.C. § 405(g), the above-captioned case is transferred to the United States District Court for the Eastern District of New York.

**SO ORDERED.**

**Date: April 15, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2